PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

**SEALED**

U.S.A. vs. **Joseph Shaw**  Docket No. 3:21-MJ-06030 (01)

### Petition for Action on Conditions of Pretrial Release

      COMES NOW WAYNE WEBB PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Joseph Shaw,** who was placed under pretrial release supervision by the **Honorable Douglas E. Arpert, United States Magistrate Judge** sitting in the Court in Trenton, New Jersey, on July 23, 2021, under the following conditions:

1. $50,000 Unsecured Appearance Bond
2. Pretrial Services Supervision.
3. Surrender all passports/travel documents. Do not apply for new travel documents.
4. Travel restricted to the continental United States
5. Substance abuse testing and/or treatment as directed by Pretrial Services.
6. Maintain current residence or a residence approved by Pretrial Services.
7. Prohibited from using any drone or other unmanned aircraft during period of Pretrial Release.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

**Praying that the Court will order that a warrant will be issued for the defendant's arrest.**
**THIS PETITION SHALL BE SEALED UNTIL SUCH TIME AS THE WARRANT**
**IS EXECUTED AND UPON FURTHER ORDER OF THE COURT.**

ORDER OF COURT

Considered and ordered this __15th__ day of __March__, __2022__ and ordered filed and made a part of the records in the above case.

_____
DOUGLAS E. ARPERT
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 17, 2022

_____
WAYNE WEBB
U.S. Pretrial Services Officer