# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 21-6030-02 (DEA) |
| | : | |
| JOSEPH SHAW | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Eric A. Boden, Assistant United States Attorney), and defendant Joseph Shaw (by Mark Davis, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through May 31, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to discuss the matter and conduct plea negotiations in an effort to resolve the case before grand jury proceedings and trial; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and three prior continuances having been ordered by the Court on July 26, 2021, November 2, 2021, and January 28, 2022; and Standing Order 2021-11 issued by the Chief Judge for the District of New Jersey on December 29, 2021, among other directives, excluding certain delineated time under the Speedy Trial Act; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   The parties anticipate entering into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2)   The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(3)   The defendant has consented to the aforementioned continuance;

(4)   The grant of a continuance will likely conserve judicial resources; and

(5)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 31st day of March, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through May 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through May 31, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                              HON. DOUGLES E. ARPERT
                                              United States Magistrate Judge

Form and entry consented to:

*Eric A. Boden*
Eric A. Boden
Assistant United States Attorney

Mark Davis, Esq.
Counsel for Defendant Joseph Shaw

3