UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-6030-01 (DEA) |
| | : | |
| v. | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| JOSEPH SHAW | : | |

This matter having been brought before the Court on petition of the U.S. Pretrial Services for Action on Conditions of Pretrial Release, and as moved by the United States, by Philip Sellinger, United States Attorney for the District of New Jersey (Eric A. Boden, Assistant United States Attorney, appearing), in the presence of Mark Davis, Esq., counsel for the Defendant, for an order modifying the Defendant's conditions of release; and Pretrial Services and the Defendant having stated no opposition to the modification; and for good cause shown,

IT IS on this 28TH day of October, 2022, ORDERED that the motion of the United States is GRANTED and the conditions of release are modified as follows:

1. Defendant Joseph Shaw shall be placed on stand-alone monitoring enforced by GPS pending availability of a suitable third-party custodian and co-signer;

2. Defendant, through counsel, shall, if he so chooses, submit an application to the Court requesting the removal of stand-alone GPS monitoring only when a suitable third-party custodian and co-signer are approved by Pretrial Services;

3. The Defendant shall maintain or actively seek employment;

4. The Defendant's travel shall be restricted to New Jersey, unless otherwise approved by Pretrial Services; and

5.  All other conditions of release shall remain in effect.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE